**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ERNEST WILLIAMS,**

          **Plaintiff,**

**-vs-**                                         **Case No. 6:09-cv-1129-Orl-28GJK**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

          **Defendant.**
_____

# ORDER

This case is before the Court on Plaintiff's appeal from a final decision of the Commissioner of Social Security (the "Commissioner") denying his application for benefits (Doc. No. 1) filed June 30, 2009. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 24, 2010 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Commissioner's decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15th___ day of June, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge